Form clsnodsc – ntcclsnodis

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.: 13−29976−KCF
                Chapter: 13
                Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Jesus G. Palacios                                           Joyce Palacios
20 Van Liew Avenue                                  20 Van Liew Avenue
Milltown, NJ 08850                                    Milltown, NJ 08850

Social Security No.:
  xxx−xx−1520                                                     xxx−xx−1960

Employer's Tax I.D. No.:

## NOTICE OF DEFICIENCY CONCERNING DISCHARGE

    You are hereby notified that the above−named case will be closed without entry of discharge on or after October 31, 2018 for the reason(s) indicated below.

☐    Debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

☐    Joint debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

☑    Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

☑    Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

The court must receive the above noted document(s) prior to case closing in order to enter a discharge. If the case is closed without entry of the discharge the debtor must file a Motion To Reopen to allow for the filing of same and pay the applicable filing fee.

Dated: October 1, 2018
JAN: vpm

                                                                                                      Jeanne Naughton
                                                                                                      Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Jesus G. Palacios  
Joyce Palacios  
       Debtors

Case No. 13-29976-KCF  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Oct 01, 2018  
                        Form ID: clsnodsc    Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 03, 2018.  
db/jdb          +Jesus G. Palacios,    Joyce Palacios,    20 Van Liew Avenue,    Milltown, NJ 08850-1121

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 01 2018 23:51:08      U.S. Attorney,    970 Broad St.,    Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534  
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 01 2018 23:51:08      United States Trustee,    Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,    Newark, NJ 07102-5235  
                                                                                                                                    TOTAL: 2

      ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 03, 2018                                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 1, 2018 at the address(es) listed below:  
           Albert   Russo    docs@russotrustee.com  
           Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com  
           Andrew L. Spivack    on behalf of Creditor    CitiMortgage Inc. nj.bkecf@fedphe.com  
           Dennis M. Mahoney    on behalf of Joint Debtor Joyce  Palacios dmmahoneypa@aol.com  
           Dennis M. Mahoney    on behalf of Debtor Jesus G. Palacios dmmahoneypa@aol.com  
           Jeffrey W. Herrmann    on behalf of Creditor    TD Bank jwh@njlawfirm.com,  
            ap@njlawfirm.com;md@njlawfirm.com;r57289@notify.bestcase.com  
           Jennifer R. Gorchow    on behalf of Creditor    CitiMortgage Inc. nj.bkecf@fedphe.com  
           Rebecca Ann Solarz    on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing LLC  
            rsolarz@kmllawgroup.com  
                                                                                                                  TOTAL: 8