DISTRICT OF NEW JERSEY
UNITED STATES BANKRUPTCY COURT

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

SCHILLER, KNAPP, LEFKOWITZ
& HERTZEL LLP
30 Montgomery Street, Suite 1205
Jersey City, New Jersey 07302
(518) 786-9069
Joseph G. Devine, Jr., Esq. (ID #031072011)
Attorneys for Creditor TD Bank N.A.

**Order Filed on April 9, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

JESUS G. PALACIOS

JOYCE PALACIOS,

                Debtors.

Case No.:  13-29976-KCF

Judge:  Hon. Kathryn C. Ferguson

Chapter: 13

## ORDER GRANTING MOTION TO REDACT

The relief set forth on the following page is **ORDERED.**

**DATED: April 9, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

WHEREAS, a Motion was brought before the Court by TD Bank (hereinafter "Movant") requesting an Order to restrict public access to certain documents filed by Movant and to permit the filing of redacted documents, pursuant to Bankruptcy Rule 9037, upon the grounds that said documents contain information or personally identifiable information protected from disclosure; and due deliberation having been had thereon, it is hereby

ORDERED, that the Clerk's Office is to restrict public access to the Proof of Claim listed as Claim Number 14-1 filed on January 8, 2014 in the Court's electronic case file system (ECF System) and make any necessary notations on the Court's docket, and it is further

ORDERED, that Movant is directed to file with the Court a redacted version of said document within five (5) days from the entry of this Order, if such redacted document has not been filed prior to entry of this Order.

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 13-29976-MBK
Jesus G. Palacios                                                   Chapter 13
Joyce Palacios
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 1          Date Rcvd: Apr 15, 2020
                             Form ID: pdf903       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 17, 2020.
db/jdb          +Jesus G. Palacios,   Joyce Palacios,   20 Van Liew Avenue,   Milltown, NJ 08850-1121

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2020                           Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 15, 2020 at the address(es) listed below:
          Albert  Russo   docs@russotrustee.com
          Albert  Russo (NA)    on behalf of Trustee Albert  Russo docs@russotrustee.com
          Andrew L. Spivack   on behalf of Creditor   CitiMortgage Inc. nj.bkecf@fedphe.com
          Dennis M. Mahoney   on behalf of Debtor Jesus G. Palacios dmmahoneypa@aol.com
          Dennis M. Mahoney   on behalf of Joint Debtor Joyce  Palacios dmmahoneypa@aol.com
          Jeffrey W. Herrmann   on behalf of Creditor   TD Bank jwh@njlawfirm.com,
           ap@njlawfirm.com;md@njlawfirm.com;r57289@notify.bestcase.com
          Jennifer R. Gorchow   on behalf of Creditor   CitiMortgage Inc. nj.bkecf@fedphe.com
          Joseph Gunnar Devine, Jr   on behalf of Creditor   TD Bank N.A. jdevine@schillerknapp.com,
           kcollins@schillerknapp.com;lgadomski@schillerknapp.com
          Rebecca Ann Solarz   on behalf of Creditor   Ditech Financial LLC fka Green Tree Servicing LLC
           rsolarz@kmllawgroup.com
                                                                              TOTAL: 9